LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 16-01453-BRO (SPx) | Date | August 23, 2016 |
|---|---|---|---|
| Title | CALIFORNIA HYDROSTATICS, INC. V. GUNDERSON RAIL SERVICES, LLC ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Anel Huerta | Not Present | N/A |
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE PLAINTIFF CALIFORNIA HYDROSTATICS, INC.'S FAILURE TO APPEAR

On July 5, 2016, Plaintiff California Hydrostatics, Inc. ("Plaintiff") brought this action against Gunderson Rail Services, LLC, doing business as Greenbrier Rail Services ("Defendant"). On July 18, 2016, Plaintiff filed an Application for Right to Attach Order and Writ of Attachment ("Application"), and noticed a hearing date of August 22, 2016, at 1:30 p.m. (*See* Dkt. No. 9.) Pursuant to California Code of Civil Procedure section 484.040, which requires a court to have a hearing before issuing a writ of attachment, the Court held a hearing on Plaintiff's Application on August 22, 2016. *See* Cal. Civ. Proc. Code § 484.040. Defendant's counsel appeared at the hearing, but Plaintiff's counsel did not. Defendant's counsel indicated that he had brought a witness to the hearing to address several factual issues that were raised in Plaintiff's Reply. (*See* Dkt. No. 13.) As Plaintiff failed to appear, Defendant requested that the Court accept a supplemental declaration in lieu of the witness's appearance at a future hearing on Plaintiff's Application. The Court **GRANTS** Defendant's request, though any such declaration is subject to any relevant objections by Plaintiff.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why it failed to (1) appear at the hearing on its Application, (2) why it failed to inform the Court that it would not be attending the hearing, and, (3) why the Court should not issue sanctions against Plaintiff. Plaintiff's Response to this Order must be filed no later than **August 26, 2016, at 4:00 p.m.**

**IT IS SO ORDERED.**